

# Fourth Court of Appeals
## San Antonio, Texas

May 5, 2022

No. 04-21-00432-CV

Alejandro **CEPEDA**,
Appellant

v.

**KOZA HOME SOLUTIONS, LLC**, Hector Santos, Legend Title and Abstract, LLC,
Appellees

From the 49th Judicial District Court, Webb County, Texas
Trial Court No. 2020-CVF-000579-D1
Honorable Honorable Jose  A. Lopez, Judge Presiding

# O R D E R

On April 25, 2022, Appellees Hector Santos and Koza Home Solutions, LLC filed a Joint Motion to Abate Appeal, or Alternatively, for Extension of Time to File Appellees' Briefs Due to Extenuating Circumstances. After considering the motion and appellant's response, we GRANT IN PART the motion and extend the deadline for Appellees to file their respective briefs to May 25, 2022.

_____
Liza A. Rodriguez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 5th day of May, 2022.

_____
Michael A. Cruz,
Clerk of Court